Brent R. Owen, #7-6009
HAYNES AND BOONE, LLP
675 15th St, Suite 2200
Denver, Colorado 80202
T: (303) 382-6200
F: (303) 382-6210
brent.owen@haynesboone.com

Jason Elliott, (Admitted *Pro Hac Vice*)
HAYNES AND BOONE, LLP
2801 N. Harwood St., Suite 2300
Dallas, Texas 75287
T: (214) 651-5000
jason.elliott@haynesboone.com

*Attorney for Defendant Alex Moyes*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| RAMACO CARBON, LLC and RAMACO RESOURCES, INC., <br><br>               Plaintiffs, <br> vs. <br><br> ALEX J. MOYES, <br><br>               Defendant. | Case No. 1:26-cv-104-KHR |

**DEFENDANT'S EMERGENCY MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND RESET OF HEARING SET FOR APRIL 3, 2026**

Defendant Alex J. Moyes ("Moyes") moves the Court for a one-week extension of time to respond to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (the "Motion"), and for a resetting of the hearing on the Motion for April 3, 2026, at 9:00 a.m. Good cause for the extension of these deadlines exist, as is set forth below:

1.      Plaintiffs filed their Complaint and the Motion on March 16, 2026. ECF Doc. Nos. 1 and 5.

2.      On March 17, 2026, the Court entered a briefing schedule requiring that (1) Plaintiffs complete service not later than March 20, 2026, and further providing that Moyes file his response by March 26, 2026. ECF Doc. No. 10.

3.      Plaintiffs apparently did not attempt service until after the Court's deadline of March 20, 2026 (but rather emailed a copy of the pleadings to Moyes at his email address on that date). From March 20-23, 2026, Moyes traveled to the country of Brazil for business purposes. While Moyes was in Brazil, on March 21, 2026, a process server came to Moyes' family residence and attempted substituted serve of process by handing the papers to Moyes' 10-year old daughter.

4.      After learning about the suit, Moyes retained Haynes Boone as counsel. He returned from Brazil in the afternoon of March 23, 2026. Jason Elliott, *pro hac vice* counsel for Moyes, contacted Plaintiffs' counsel on March 23rd to inform them about the improper service. With Moyes' full cooperation, Plaintiffs completed service on March 24, 2026. *See* ECF Doc. No. 21.

5.      Moyes requests this extension because:

   a. Plaintiffs failed to timely serve Moyes (four days after the ordered date), resulting in delay in preparation for the accelerated response and hearing date;

   b. Moyes' local counsel attorney, Brent Owen (the only Haynes Boone defense team member fully admitted to practice in Wyoming) is presently on a family vacation in Japan and will continue to be out of the country through April 6, 2026, making it impossible for Mr. Owen to participate in the preparation of the response or to attend the scheduled hearing on April 3.

c. Moyes has also pre-existing, prepaid vacation plans with his wife and children for travel from March 26, 2026 through April 1, 2026. Due to the expedited nature of these proceedings, and the late notice, the lack of an extension would greatly interfere with, or require complete or partial cancellation of Moyes' family travel plans.

6. Additionally, April 3, 2026, is Good Friday, an important Christian holiday observed by Mr. Elliott.

7. The parties have been unable to reach a mutually agreeable date for the hearing. In conference, Plaintiffs' counsel agreed to a resetting the hearing date, but only to the extent that the Court will reset the hearing for either (a) April 8 or (b) April 14, due to unspecified conflicts Plaintiffs claim to have on all other dates between April 8-16. Plaintiffs' position, as understood by the undersigned, is that they do not consent to reset the hearing unless one of their two preferred dates are available. However, Plaintiffs two preferred dates of April 8 and 14 also conflict with Moyes' longstanding, pre-existing and important commitments.

8. On April 8-9, Moyes is scheduled to be a key participant in scheduled business meetings in Dallas and Atlanta with six other parties related to an important company initiative; and, on April 14, Moyes is traveling from his home in Sheridan, Wyoming (by way of Denver, Reno, and Lake Tahoe, Nevada) to appear as a featured guest speaker at an industry conference hosted by the Mining and Land Resources Institute in Lake Tahoe, Nevada on April 15. None of these pre-planned activities can be cancelled without causing a hardship to Moyes and to the many other non-parties who have relied on his commitments.

9. To the extent that the Court resets the hearing, Plaintiffs have stated that they do not object to a commensurate resetting of Moyes' deadline to file a written response to the Motion.

10.    Under the circumstances, without an extension of the deadline to response and the hearing date, Moyes is both prejudiced with respect to the time necessary to prepare his response, his ability to work with counsel to prepare for the hearing and with respect to the inability of the full complement of Moyes' defense counsel to attend the hearing on April 3, 2026.

11.    Notwithstanding the allegations of unlawful conduct in the Complaint, which Moyes fully denies, Moyes states that he has not used or disclosed any confidential information belonging to the Plaintiff; will not be doing so in the future, and, in fact, would have no business use for the information that Plaintiffs alleged he has misappropriated.

Accordingly, Moyes respectfully requests that the Court extend Moyes' deadline to file a response to the Motion from March 26, 2026 to April 2, 2026, and to reset the hearing on the Motion to April 10, 2026, or the next available date thereafter.

Respectfully submitted this 24th day of March, 2026.

HAYNES AND BOONE, LLP

*/s/ Jason Elliott*
Brent R. Owen, #7-6009
675 15th Street, Suite 2200
Denver, Colorado 80202
Telephone: (303) 382-6200
Facsimile:  (303) 382-6210
Email:  brent.owen@haynesboone.com

Jason Elliott (admitted *Pro Hac Vice*)
Texas Bar No. 24050558
HAYNES AND BOONE, LLP
2801 N. Harwood St., Suite 2300
Dallas, Texas 75287
Telephone: (214) 651-5000
jason.elliott@haynesboone.com

*Attorney for Defendant Alex Moyes*

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing on March 24, 2026, to all counsel of record.

Steven T. Waterman
Brett L. Foster
Mark A. Miller
Dorsey & Whitney LLP
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
waterman.steven@dorsey.com
foster.brett@dorsey.com
miller.mark@dorsey.com

*Attorneys for Plaintiffs*

*s/ Jason Elliott*
Jason Elliott

4931-6016-2970 v.2