Steven T. Waterman (#6-2636)
Brett L. Foster (*pro hac vice*)
Mark A. Miller (*pro hac vice*)
DORSEY & WHITNEY LLP
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone:  (801) 933-7360
Facsimile:  (801) 933-7373
waterman.steven@dorsey.com
foster.brett@dorsey.com
miller.mark@dorsey.com

Caitlin L.D. Hull (*pro hac vice*)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868
hull.caitlin@dorsey.com

*Attorneys for Plaintiffs Ramaco Carbon, LLC and Ramaco Resources, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| RAMACO CARBON, LLC and RAMACO RESOURCES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> ALEX J. MOYES, <br><br> Defendant. | **PLAINTIFFS' RESPONSE TO DEFENDANT'S EMERGENCY MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR TEMOPORARY RETRAINING ORDER AND PRELIMINARY INJUNCTION AND RESET OF HEARING SET FOR APRIL 3, 2026** <br><br> Case No. 2:26-cv-00104-KHR <br><br> Chief Judge Kelly H. Rankin <br> Magistrate Judge Scott P. Klosterman |

Plaintiffs Ramaco Carbon, LLC and Ramaco Resources, Inc. (together "Plaintiffs" or "Ramaco"), by and through their attorneys, hereby respond to Defendant Alex J. Moyes's

Emergency Motion for Extension of Time to Respond to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction and Reset of Hearing Set for April 3, 2026 (ECF 23) (the "Emergency Motion").

Defendant's Emergency Motion demonstrates he and his lead counsel[1] are available for the April 3 hearing. It is undisputed that, while Plaintiffs' process server was regrettably unable to effect formal service by the Court's March 20th deadline—while Defendant was in Brazil—Defendant and his counsel did receive actual notice of the Complaint in time for Defendant's counsel to analyze all the relevant pleadings, explore them in detail with Defendant, contact Plaintiff's counsel first thing the morning of Monday, March 23rd to discuss matters substantively, and make an appearance in the case that same day. Defendant's allegation that the delayed formal service resulted "in delay in preparation" appears overstated and is belied by his and his counsel's actions.

Notwithstanding all of the foregoing, while Plaintiffs witnesses have personal scheduling conflicts with Defendant's proposal to change the hearing date to April 10, Plaintiffs witnesses have since been able to rearrange and/or forego their personal commitments on that date to accommodate Defendant's request for a continuance of the hearing. Accordingly, if the Court's schedule can accommodate April 10 for the hearing on Plaintiffs' Motion for Preliminary Injunction, Plaintiffs have no objection to Defendant's requested change.

---

[1] Plaintiffs recognize and respect this Court's local rule requiring local counsel to be "present in Court during all proceedings in connection with the case, unless excused by the Court[.]" Local Rule 84.2(b). Defendant has indicated that his local counsel, Brent Owen, will be out of the country during the scheduled April 3 hearing. Plaintiffs respectfully suggest that the present circumstances of an emergency preliminary injunction hearing may be the type of situation that justifies excusing Defendant's local counsel, where Mr. Owen is in the Denver office with the same firm as Defendant's lead counsel, Jason Elliott, who is available for the hearing.

DATED:  March 25, 2026

Respectfully submitted,


By: */s/ Steven T. Waterman*
Steven T. Waterman (#6-2636)
Brett L. Foster (*pro hac vice*)
Mark A. Miller (*pro hac vice*)
DORSEY & WHITNEY LLP
111 S. Main Street, Suite 2100
Salt Lake City, UT 84111
Telephone:  (801) 933-7360
Facsimile:  (801) 933-7373
waterman.steven@dorsey.com
foster.brett@dorsey.com
miller.mark@dorsey.com

Caitlin L.D. Hull (*pro hac vice* forthcoming)
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868
hull.caitlin@dorsey.com

*Attorneys for Plaintiffs Ramaco Carbon, LLC and Ramaco Resources, Inc.*

4901-3699-2922\2