**FILED**



# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

**12:41 pm, 4/3/26**

**Margaret Botkins**
**Clerk of Court**

RAMACO CARBON LLC et al

                                   Plaintiff,

vs.                                                    Case Number: 26-CV-104-KHR

ALEX J MOYES

                                   Defendant.

---

### CIVIL MINUTE SHEET STATUS CONFERENCE

☑ Status Conference Only

Date: 04/03/2026     Time: 10:03 - 10:20 AM

| Kelly H. Rankin | MiYon Bowden | Melanie Sonntag | Amanda Pinkham |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)     Mark Miller, Caitlin Hull, and Steven Waterman

Attorney(s) for Defendant(s)     Jason Elliott

Other:

The Court held a status conference to address a question from parties pertaining to the allotted time for presentation of witnesses at the hearing on plaintiff's motion for preliminary injunction and temporary restraining order on 4/7/26.

Parties requested more time for their presentations. The Court finds good cause to grant the request and increase the time allotments to 150 minutes per side. Parties can present declarations of their witnesses followed by live testimony.